## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS BENZ | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| ACCOUNTS ADVOCATE AGENCY | : | NO. 14-4158 |

### NOTICE

AND NOW, this 23rd day of September, 2014, you are hereby notified that a [Pre-Trial Conference] before the Honorable J. William Ditter, Jr. in this matter will be held on **Thursday, October 2, 2014 at 2:00 P.M.**, in Chambers, Room 3040, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. The Conference is being called to discuss the present status of the action, to consider time requirement for discovery, and to agree on further pre-trial procedures.

Counsel are reminded of the duties imposed on them by Fed. R. Civ. P. 26(a)(1) and 26(f), each shall complete the scheduling information report (copy attached), and together shall submit the discovery plan required by Fed. R. Civ. P. 26(f) to me on or before three (3) days prior to the conference.

At this conference, counsel shall be prepared and authorized to discuss the matters referred to in Local Rule 16.1(b), Fed. R. Civ. P. 16(b) and Fed. R. Civ. P. 16©), and settlement.

The Conference will be continued to another date only in exceptional cases.

Very truly yours,

/s/ Donna M. Bozzelli
Donna M. Bozzelli
Deputy Clerk
267-299-7539

cc:   Daniel G. Ruggiero, Esq.
      Kurt B. Geishauser, Esq.

**SCHEDULING INFORMATION REPORT**

**(To be completed and returned to Judge Ditter's Chambers three (3) days before Conference)**

**Caption:** _____

**Civil Action No.:** _____

**Jury Trial:** _____    **Non-Jury Trial:** _____    **Arbitration:** _____

**Plaintiff's Counsel:** _____

**Address:** _____

**Phone:** _____    **Fax:** _____

**Defendant's Counsel:** _____

**Address:** _____

**Phone:** _____    **Fax:** _____

**Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a)?**

_____ **When?** _____ **If not, why?** _____
_____

**Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)?** _____

**When?** _____ **If not, why?** _____
_____

**If you contend the discovery period should exceed four months after the last appearance by all Defendants is filed, please state reasons:**
_____

**Ready for Trial by:** _____
                               **(Date)**

**Is a Settlement Conference likely to be helpful?** _____

**If so, when: Early** _____ **(Yes/No)   After Discovery** _____

**Do you expect to file a case-dispositive motion?** _____

**If so, by what date?** _____

**Trial time estimate:** _____

**Time to present your case:** _____

**Time for entire trial:** _____

**Date:** _____

                                                    _____
                                                    **Signature of Counsel Preparing Form**

                                                    _____
                                                      **Type/Print Name**